UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PRADEEP GOPALAKRISHNA GOWDA, | Case No. 25-cv-09262-TLT |
|---|---|
| Plaintiff, | |
| v. | **IMMIGRATION MANDAMUS SCHEDULING ORDER** |
| JOSEPH EDLOW, | Re: Dkt. No. 4, 7 |
| Defendant. | |

This case seeks a writ of mandamus regarding immigration benefits filed pursuant to the Mandamus Act, 28 U.S.C. § 1361.

| **Case Management Event** | **Deadline** |
|---|---|
| Further Case Management Conference | July 9, 2026 |
| Last day for Plaintiff to serve and file a reply (if Plaintiff filed a counter-motion) | June 19, 2026 |
| Last day for Defendant to file and serve a reply and/or opposition | June 5, 2026 |
| Last day for Petitioner to file and serve opposition and/or counter-motion | May 22, 2026 |
| Initial Case Management Conference | March 26, 2026 |
| Last day for Defendant to file a motion for summary judgment (required unless Petitioner has already filed such a motion) | April 17, 2026 |
| Last day for Defendant to file response to the amended complaint [ECF 7] | February 13, 2026 |

The initial case management conference is set for **March 26, 2026**. The joint case

1  management statement is due no later than March 19, 2026.  The Court has the discretion to vacate
2  the date if there are no scheduling issues or outstanding questions for hearing. *See* Civil Local
3  Rule 7-1(b).
4        Unless the Court orders otherwise, counsel must comply with the briefing schedule
5  described below, upon the conclusion of which the matter will be deemed submitted for decision
6  without oral argument.  *See* ECF 4.
7        IT IS SO ORDERED.
8  Dated: December 17, 2025

TRINA L. THOMPSON
United States District Judge